UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSE PORFIRIO MARTINEZ-
SOPCYNSKI,

                Petitioner,

v.

KEVIN RAYCRAFT, et al.,

                Respondents.

_____/

Case No. 2:26-cv-10179

Honorable Susan K. DeClercq
United States District Judge

**ORDER CLOSING THE CASE**

On February 19, 2026, this Court entered an opinion and order granting Petitioner Jose Porfirio Martinez-Sopcynski's petition for writ of habeas corpus, dismissing all Respondents except Kevin Raycraft, and ordering Raycraft to provide Martinez-Sopcynski with a bond hearing or otherwise release him. ECF No. 9. Raycraft was also ordered to provide a status report on or before February 27, 2026, confirming his compliance with this Court's order. *Id.* at PageID.159. On February 27, 2026, Raycraft notified this Court in a status report that the immigration court held a bond hearing for Martinez-Sopcynski on February 25, 2027. ECF No. 10 at PageID.161.

- 2 -

Accordingly, having found that Raycraft complied with this Court's order and that Martinez-Sopcynski received his requested relief for a bond hearing, it is **ORDERED** that this matter is now **CLOSED.**

**This is a final order and closes the above-captioned case.**

/s/Susan K. DeClercq
SUSAN K. DeCLERCQ
United States District Judge

Dated: March 19, 2026

- 2 -